## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **14-62807-CIV-BLOOM/VALLE**

LEMUEL NELSON,
     Plaintiff,

vs.

PERFORMANCE MACHINE CORPORATION
*d/b/a* SUPERIOR AUTO PARTS,
a Florida corporation,
*and* CHANG, LYNUE, an individual,

     Defendants.
_____/

## <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that the Plaintiff, LEMUEL NELSON, an Individual, through his

undersigned counsel, files this Notice of Settlement to advise the Court that said parties have

settled this case. The parties are in the process of finalizing the Settlement Agreement and will

file the appropriate papers with this Court, including a proposed Final Order of Dismissal with

Prejudice with Retention of Jurisdiction by May 8, 2015. The undersigned hereby requests that

any impending deadlines and all matters before this Court be removed from the Court's docket,

until the Stipulation for Dismissal is filed.

     Dated April 27, 2015.

Respectfully submitted,
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
<u>*By: S/ Tal Shemtov*</u>
**Tal Shemtov, Esquire**
Florida Bar No. 28456
9715 West Broward Blvd. #256
Plantation, Fl 33324
Telephone: (954) 861-9787
Facsimile: (954) 236-3530

SHEMTOVLAWFIRM@YAHOO.COM

### ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that on the 27th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record or pro se parties identified on the attached Service List in the manner specified.

### SERVICE LIST

Lewis K. Hanna, Esq.
Law Office of Lewis K. Hanna, LLC
6100 Glades Road, Suite 201
Boca Raton, Fl. 33434
(561) 488 - 3344 (voice)
(561) 488 - 5899 (fax)

*Via CM/ECF*