UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-62807-CIV-BLOOM/VALLE

**LEMUEL NELSON**,

    Plaintiff,

v.

**PERFORMANCE MACHINE CORPORATION**,
*d/b/a* SUPERIOR AUTO PARTS, *et al.*,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Stipulation for Dismissal, ECF No. [16], filed on May 26, 2015.  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. [16]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**;

2. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of May, 2015.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record